PER CURIAM.
We affirm the trial court’s determination to suppress a vial seized during a pat-down search of Peter Friscia’s person. See Minnesota v. Dickerson, 508 U.S. 366, 113 S.Ct. 2130, 124 L.Ed.2d 334 (1993); Jordan v. State, 664 So.2d 272 (Fla. 5th DCA 1995); Doctor v. State, 596 So.2d 442, 445 (Fla.1992); Brown v. State, 428 So.2d 250 (Fla.), cert. denied, 463 U.S. 1209, 103 S.Ct. 3541, 77 L.Ed.2d 1391 (1983); Smith v. State, 279 So.2d 27 (Fla.1973).
AFFIRMED.
DELL, GUNTHER and POLEN, JJ., concur.